CITY OF SHELTON ET AL. *v.* LESLIE CAROTHERS, COMMISSIONER OF ENVIRONMENTAL PROTECTION, ET AL. (7296)

SPALLONE, O'CONNELL and FOTI, Js.

Argued March 15—decision released March 22, 1989

*Daniel Green* for the appellants (plaintiffs).

*Everet E. Newton,* with whom, on the brief, was *Francis J. Brady,* for the appellee (defendant Connecticut Resources Recovery Authority).

*Robert B. Teitelman,* assistant attorney general, with whom, on the brief, were *Clarine Nardi Riddle,* acting attorney general, *Joseph I. Lieberman,* former attorney general, and *Robert E. Walsh,* assistant attorney general, for the appellee (named defendant).

PER CURIAM. The plaintiffs are appealing the decision of the trial court dismissing their administrative appeal because it was untimely served. We agree with the trial court.

The plaintiffs failed to serve notice of their appeal within thirty days of the named defendant's decision as required by General Statutes § 4-183 (b). Such failure to conform to the statute is fatal to the appeal. See, e.g., *Simko* v. *Zoning Board of Appeals,* 205 Conn. 413, 419, 533 A.2d 879 (1987), aff'd on rehearing, 206 Conn. 374, 538 A.2d 202 (1988); *Basilicato* v. *Department of Public Utility Control,* 197 Conn. 320, 324, 497 A.2d 48 (1985); *Rogers* v. *Commission on Human Rights & Opportunities,* 195 Conn. 543, 550, 489 A.2d 368 (1985); *Hanson* v. *Department of Income Maintenance,* 10 Conn. App. 14, 17–18, 521 A.2d 208 (1987).

There is no error.